IN RE MOORE.

[Cite as *In re Moore* (2001), 93 Ohio St.3d 212.]

(No. 01–728—Submitted July 17, 2001—Decided September 19, 2001.)

---

The discretionary appeal is allowed.

The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for consideration of *In re Anderson* (2001), 92 Ohio St.3d 63, 748 N.E.2d 67.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would affirm the judgment of the court of appeals.

---

*David H. Bodiker,* State Public Defender, *Janine Salloum Ashanin,* Assistant Public Defender, for appellant.

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, and *Johnna M. Shia,* Assistant Prosecuting Attorney, for appellee.